UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:20-CR-00393 JAR |
| JULIA GRIFFIN, | ) ) ) |
| Defendant. | ) |

## INFORMATION

### COUNT 1

The United States Attorney charges that:

On or about   within the Eastern District of Missouri, the defendant,

**JULIA GRIFFIN,**

in a matter affecting interstate commerce, knowingly transferred, possessed, and used, without lawful authority, the means of identification of another, that being, the name and account number with the intent to commit, and in connection to the felony crimes of: forgery in violation of Missouri Revised Statutes §570.090; stealing, in violation of Missouri Revised Statutes §570.030; and access device fraud, in violation of Title 18, United States Code, Section 1029(a)(2).

In violation of Title 18, United States Code, Section 1028(a)(7).

        Respectfully submitted,

        JEFFREY B. JENSEN
        United States Attorney

        *s/ Tracy L. Berry*
        TRACY L. BERRY 014753 TN
        Assistant United States Attorney
        111 South 10th Street, Room 20.333
        St. Louis, Missouri 63102
        (314) 539-2200

UNITED STATES OF AMERICA   )
EASTERN DIVISION   )
EASTERN DISTRICT OF MISSOURI   )

    I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

        *s/ Tracy L. Berry*
        TRACY L. BERRY

Subscribed and sworn to before me this __10th__ day of June, 2020.

        Gregory J. Linhares
        CLERK, U.S. DISTRICT COURT

        By: /s/Jason W. Dockery
        DEPUTY CLERK

